UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Ignacio Rodriguez Jr.**  Docket No. 5:15-CR-302-1H

### Petition for Action on Supervised Release

COMES NOW Maurice J. Foy, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Ignacio Rodriguez Jr., who, upon an earlier plea of guilty to Conspiracy to Transport Undocumented Aliens for the purpose of commercial advantage and private financial gain within the United States, 8 U.S.C. §§ 1324(a)(1)(A)(v)(I) and 1324(a)(1)(B)(I), was sentenced by the Honorable George P. Kazen, Senior U.S. District Judge of the Southern District of Texas, on November 6, 2013, to the custody of the Bureau of Prisons for a term of 14 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Ignacio Rodriguez Jr. was released from custody on December 19, 2014, at which time the term of supervised release commenced. On October 21, 2015, the defendant's case was transferred to the Eastern District of North Carolina.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On April 18, 2016, the defendant provided a urinalysis which returned positive for cocaine. The defendant also failed to participate in the Surprise Urinalysis Program (SUP) in March 2016. As a result, the probation office is recommending that he be continued in SUP and allowed an opportunity to participate in substance abuse treatment. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision. Additionally, Mr. Rodriguez will be referred to the HOPE Court (Drug/Reentry Court).

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/Jeffrey L. Keller<br>Jeffrey L. Keller<br>Supervising U.S. Probation Officer | /s/Maurice J. Foy<br>Maurice J. Foy<br>Sr. U.S. Probation Officer<br>310 New Bern Avenue, Room 610<br>Raleigh, NC 27601-1441<br>Phone: 919-861-8678<br>Executed On: April 29, 2016 |

Ignacio Rodriguez Jr.
Docket No. 5:15-CR-302-1H
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this 2nd day of May 2016 and ordered filed and made a part of the records in the above case.

_____
Malcolm J. Howard
Senior U.S. District Judge