UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Ignacio Rodriguez Jr.**　　　　　　　　　　　　　　**Docket No. 5:15-CR-302-1H**

**Petition for Action on Supervised Release**

COMES NOW Julie Wise Rosa, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Ignacio Rodriguez Jr., who, upon an earlier plea of guilty to Conspiracy to Transport Undocumented Aliens For the Purpose of Commercial Advantage and Private Financial Gain Within the United States, was sentenced by the Honorable George P. Kazen in the Southern District of Texas, on November 6, 2013, to the custody of the Bureau of Prisons for a term of 14 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Ignacio Rodriguez Jr. was released from custody on December 19, 2014, at which time the term of supervised release commenced. On October 21, 2015, the defendant's jurisdiction was transferred to the Eastern District of North Carolina.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Following a positive drug test on April 18, 2016, the defendant was referred for participation in the HOPE Court program. Ignacio was accepted and agreed to participate in HOPE. As such, additional conditions of supervision are required for his participation in the program. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a cognitive behavioral program as directed by the probation office.

2. While under supervision in the Eastern District of NC, the defendant shall participate in the DROPS Program and, in response to detected illegal drug use, shall be confined in the custody of the Bureau of Prisons for a period not to exceed 30 days of intermittent confinement, as arranged by the probation office, in the following increments: First Use - Two Days; Second Use - Five Days; Third Use - Ten Days;

Except as herein modified, the judgment shall remain in full force and effect.

Ignacio Rodriguez Jr.
Docket No. 5:15-CR-302-1K
Petition For Action
Page 2

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Jeffrey L. Keller<br>Jeffrey L. Keller<br>Supervising U.S. Probation Officer | /s/ Julie Wise Rosa<br>Julie Wise Rosa<br>U.S. Probation Officer<br>310 New Bern Avenue, Room 610<br>Raleigh, NC 27601-1441<br>Phone: 919-861-8675<br>Executed On: May 27, 2016 |

### ORDER OF THE COURT

Considered and ordered this 1st day of June 2016 and ordered filed and made a part of the records in the above case.

Malcolm J. Howard
Senior United States District Judge